UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

No. 9:18-cv-80605-Rosenberg/Reinhart

SHELLI BUHR,

    Plaintiff,

v.

ADT INC. & ADT LLC,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION
TO EXTEND TIME FOR SERVING RESPONSE TO COMPLAINT**

Defendants ADT Inc. and ADT LLC (together, "ADT"), by their undersigned counsel, and without opposition by Plaintiff, moves the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an order extending ADT's time to respond to the Complaint to July 2, 2018, and in support state:

1. Plaintiff served his complaint on May 10, 2018. ADT's response to the Complaint is due May 31.

2. ADT just engaged undersigned counsel in this matter. Counsel needs additional time to investigate the plaintiff's allegations and prepare a response.

3. In addition, the parties are in discussions as to the possible early resolution of the plaintiff's claims without need of Court intervention. The parties need more time to complete those discussions.

4. For these reasons, ADT moves the Court for an extension of time to respond to the complaint to July 2, 2018. ADT has conferred with plaintiff; plaintiff's counsel has represented that plaintiff does not object to this extension.

5. This is ADT's first request for an extension of the time to respond to the complaint. The request is not made to delay the litigation of this cause. Indeed, it is sought in an attempt to avoid the need to litigate it.

## CONCLUSION

The motion should be granted.

Dated: May 24, 2018

Respectfully submitted,

**McNEW P.A.**

s/ C. Sanders McNew
_____
C. Sanders McNew
mcnew@mcnew.net
Florida Bar No. 0090561
2385 NW Executive Center Drive, Suite 100
Boca Raton, Florida  33431
Tel:  (561) 299-0257
Fax: (561) 299-3705

*Counsel for the Defendants,
    ADT Inc. & ADT LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served by CM/ECF this 24th day of May, 2018, upon all counsel of record registered to receive service of papers in this cause.

s/ C. Sanders McNew
_____
C. Sanders McNew

2