UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:18-CV-80605-ROSENBERG/REINHART

SHELLI BUHR, on behalf of herself and others similarly situated,

        Plaintiff,

v.

ADT LLC,

        Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shelli Buhr and Defendant ADT LLC hereby stipulate to dismiss, with prejudice, each claim and count asserted by Plaintiff against Defendant in the above-styled action, with each party to bear its own costs and attorneys' fees.

Dated: March 1, 2019

Respectfully submitted,

By: /s/ Adam M. Moskowitz
Adam M. Moskowitz, Esq.
adam@moskowitz-law.com
Howard M. Bushman, Esq.
howard@moskowitz-law.com
Joseph M. Kaye, Esq.
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Tel: (305) 740-1423

Daniel C. Girard (*pro hac vice*)
dgirard@girardsharp.com
Simon S. Grille (*pro hac vice*)
sgrille@girardsharp.com
Angelica M. Ornelas (*pro hac vice*)
aornelas@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800

*Counsel for Plaintiff and the Proposed Class*

By: /s/ C. Sanders McNew
C. Sanders McNew
mcnew@mcnew.net
Florida Bar No. 0090561
**MCNEW P.A.**
Boca Raton, Florida 33431
Tel:  (561) 299-0257
Fax: (561) 299-3705

Daniel S. Blynn (*pro hac vice*)
dsblynn@venable.com
Mary M .Gardner (*pro hac vice*)
mmgardner@venable.com
**VENABLE LLP**
600 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 344-4398
*Counsel for Defendant ADT LLC*